UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Penaloza RODRIGUEZ,
Defendant–Appellant.

No. 01–7698.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Jose Penaloza Rodriguez, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Penaloza Rodriguez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.* *United States v. Rodriguez*, Nos. CR–99–287; CA–01–229–1 (M.D.N.C. Aug. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kevin Cox seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Cox*, Nos. CR–99–52–S; CA–01–2640 S (D. Md. Sept. 6 & 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* In addition to the claims he raised in the district court, on appeal Rodriguez alleges prosecutorial misconduct and breach of his plea agreement. Because he failed to present these claims to the district court, we decline to address them. *Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993) (holding that claims raised for the first time on appeal will not be considered absent exceptional circumstances).